# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 17, 2020

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

No. 19-3172

| | |
|---|---|
| CHARMELL BROWN, <br> *Petitioner-Appellant*, | Appeal from the United States District <br> Court for the Central District of Illinois. |
| *v.* | No. 17-2212 |
| ALEX JONES, Acting Warden, <br> *Respondent-Appellee*. | Sue E. Meyerscough, <br> *Judge*. |

**O R D E R**

It is ORDERED that the opinion in this case issued October 21, 2020, is amended as follows:

In the first line of the first sentence of the first paragraph under "I. BACKGROUND" on page two, strike "three counts" and replace that phrase with "one count".

Further, on consideration of the petition for rehearing and rehearing *en banc*, no judge in active service has requested a vote on the petition for rehearing *en banc* and all members of the original panel have voted to deny rehearing. It is, therefore, ORDERED that rehearing and rehearing *en banc* are **DENIED**.